USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 2 5 2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

SIMMTECH CO., LTD.,

                Plaintiff,

-v-

CITIBANK, N.A. et al.,

                Defendants.

------------------------------------------------------------ X

13 Civ. 6768 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

In light of the arguments in defendants' motion to dismiss (ECF No. 45) and for the reasons stated on the record during the February 14, 2014 oral argument, defendants' motion to stay this proceeding (ECF No. 29) is GRANTED. The Court finds that the factors outlined by the Second Circuit in <u>Royal & Sun Alliance Ins. Co. of Canada v. Century Int'l Arms, Inc.</u>, 466 F.3d 88 (2006), weigh in favor of a stay at this time.

As with any order, the Court may revisit this stay as appropriate after further consideration of the motion to dismiss. The dates for the opposition to and reply in support of defendants' motion to dismiss remain as set forth in the Court's Order of February 14, 2014 (ECF No. 42).

SO ORDERED.

Dated:     New York, New York
            February 25, 2014

                                                  K. B. Forrest
                                         KATHERINE B. FORREST
                                         United States District Judge