# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIMMTECH CO., LTD.,<br>                      Plaintiff,<br>   v.<br>CITIBANK, N.A., CITIGROUP, INC., CITIBANK OVERSEAS INVESTMENT CORPORATION, CITICORP HOLDINGS, INC., and CITIGROUP GLOBAL MARKETS, INC.,<br>                      Defendants. | Case No. 13 Civ. 6768 (KBF)(JLC)<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that the plaintiff in the above-named case, Simmtech Co., Ltd., appeals to the United States Court of Appeals for the Second Circuit from the judgment entered on February 17, 2015 and from the Court's Opinion and Order dated February 10, 2015 dismissing the case based on the doctrine of forum non conveniens.

Dated: March 10, 2015

                                  __/s/_____
                                  Bong June Kim (BK-6989)
                                  KIM & BAE, P.C.
                                  110 East 59th Street, 22nd Floor
                                  New York, New York 10022
                                  (212) 319-6888
                                  bjkim@kimbae.com
                                  *Attorneys for Plaintiff, Simmtech Co., Ltd.*